UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Brian McDonough,
Melanie McDonough, and
Anne N. Posnack, Tr.,
    Plaintiffs

    v.                              Case No. 10-cv-106-SM

First American Title
Insurance Company,
    Defendants

**O R D E R**

    Granted.  Plaintiffs' notice of withdrawal (document no. 37) is treated as a motion to withdraw the third amended complaint, which motion is granted.  As the sole federal claim is dismissed (Order dated January 28, 2011, document no. 34), the court declines to exercise supplemental jurisdiction over the remaining state law claims.  See 28 U.S.C. § 1367 (c)(3); United Mine Workers v. Gibbs, 383 U.S. 715, 726 (1966) (footnote omitted); Camelio v. American Fed'n, 137 F.3d 666, 672 (1st Cir. 1998). This case is remanded to the New Hampshire Superior Court (Hillsborough Southern).

    **SO ORDERED.**

                                            _____
                                          Steven J. McAuliffe
                                          Chief Judge

March 8, 2011

cc:  Elizabeth T. Ferrick, Esq.
     Charles A. Newman, Esq.
     Edward K. O'Brien, Esq.
     Hannah F. Preston, Esq.
     Andru H. Volinsky, Esq.